**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6923**

---

RAY THOMAS MCCRAY,

          Plaintiff - Appellant,

 versus

PATRICIA H. KRUEGER,

          Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-02-433-AM)

---

Submitted: August 15, 2002   Decided: August 26, 2002

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ray Thomas McCray, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ray Thomas McCray, a Virginia inmate, appeals the district court's orders dismissing his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2002) and denying reconsideration. We have reviewed the record and the district court's orders and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See McCray v. Krueger, No. CA-02-433-AM (E.D. Va. Apr. 8 & May 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2